DAVIDSON, Commissioner.

A violation of the liquor laws is the offense; the punishment, a fine of $250.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

The record is before us without a statement of facts or bills of exceptions.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

## PALMER v. STATE.

### No. 26507.

Court of Criminal Appeals of Texas.

Oct. 21, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is murder; the punishment, fifteen years.

## FERRELL v. STATE.

### No. 26530.

Court of Criminal Appeals of Texas.

Oct. 28, 1953.

No attorney on appeal.

William H. Scott, Criminal Dist. Atty., King C. Haynie, Asst. Criminal Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for automobile theft, with punishment fixed at life imprisonment in the penitentiary by reason of two prior convictions for ordinary felonies.